IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:15-CR-105 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| WYNN H. SHELDON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
June 28, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion for Review and Revocation of Pre-trial Detention Order (ECF No. 57) is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge