IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:15-CR-105 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| WYNN H. SHELDON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
July 25, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss indictment for failure to state a federal offense[1] is DENIED.

2. Defendant's motion to dismiss counts two, four, and five[2] is DENIED.

3. Defendant's motion to compel disclosure of personnel files[3] is DENIED. The Government is further ORDERED and DIRECTED to implement its in-house procedures for making a review in accordance with *Giglio v. United States*, 405 U.S. 150 (1972).

---

[1] ECF No. 38.
[2] ECF No. 64.
[3] ECF No. 36.

1

4. Defendant's motion to dismiss indictment due to selective prosecution[4] is DENIED.

5. Defendant's motion to dismiss indictment due to destruction of evidence[5] is DENIED.

6. Defendant's motion to strike surplusage from the indictment[6] is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[4] ECF No. 40.
[5] ECF No. 42.
[6] ECF No. 62.